**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

BILL LIETZKE,                                    )
                                                 )
                          Plaintiff,             )
                                                 )
vs.                                              )        Case No. CIV-26-666-R
                                                 )
SHASHY REALTY, LLC, et al.,                      )
                                                 )
                          Defendants.            )

## ORDER

Before the Court is a pro se Complaint filed by Plaintiff against two Alabama defendants. Pursuant to the inherent power to manage its docket, the Court has reviewed the Complaint and finds that it should be dismissed as frivolous. *See Mallard v. U.S. Dist. Ct. for S. Dist. of Iowa*, 490 U.S. 296, 307–08 (1989) ("Section 1915(d), for example, authorizes courts to dismiss a 'frivolous or malicious' action, but there is little doubt they would have power to do so even in the absence of this statutory provision."). Additionally, the Complaint does not include allegations sufficient to show that the Court may exercise personal or subject matter jurisdiction over this action.

The Court additionally notes that numerous courts have imposed filing restrictions on Plaintiff. *See, e.g., Lietzke v. City of Montgomery,* 2023 WL 3238945, at *3-4 (M.D. Ala. May 3, 2023) (summarizing the different types of claims Plaintiff files and noting that "Lietzke is infamous for his vexatiously serial, frivolous filings"). Plaintiff is cautioned

1

that this Court will also impose filing restrictions if he continues to file abusive or frivolous claims.

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2] is DENIED as moot.

**IT IS SO ORDERED** this 2nd day of April, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE